

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-13-00813-CV

**IN THE INTEREST OF D.M.R. AND J.A.R.R**. A Minor Child,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 1975-CI-09563
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

On November 19, 2013, appellant filed his notice of appeal. On January 21, 2014, the trial court clerk filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court